## Young v. Pennsylvania Railroad, Appellant.

*Negligence—Railroads—Passengers—Sudden jolt of train.*

1. A passenger in a dining car injured by a sudden jolt of the train while in the act of moving from a seat, may recover damages for her injuries from the railroad company, where the evidence shows that the sudden and unexpected movement of the train was one of unusual and extraordinary violence.

Argued March 20, 1925.   Appeal, No. 64, March T., 1925, by defendant, from judgment of C. P. Allegheny Co., Oct. T., 1923, No. 2669, on verdict for plaintiff, in case of Rose Young v. Pennsylvania Railroad Co.   Before Moschzisker, C. J., Frazer, Walling, Simpson and Schaffer, JJ.   Affirmed.

Trespass for personal injuries.   Before Kline, J.

The opinion of the Supreme Court states the facts.

Verdict for plaintiff for $10,235.75, on which judgment was entered for $7,500.   Defendant appealed.

*Error assigned* was refusal of judgment for defendant n. o. v., quoting record.

*Robert D. Dalzell,* of *Dalzell, Fisher & Dalzell,* for appellant.

*H. Fred Mercer,* for appellee.

Per Curiam, April 13, 1925:

Plaintiff, a passenger on defendant railroad, while in the act of moving from her seat in a dining-car, was thrown, by what is termed in the evidence a "terrible crash," against the corner of a table and injured; she recovered a verdict on which judgment was entered, and defendant has appealed.

The testimony relied on by plaintiff, giving the effect of the crash on other passengers and movable objects in the car, was sufficient to show that the sudden and unexpected motion of the train, which caused her to be injured, was one of unusual and extraordinary violence; the case could not properly have been taken from the jury.

The judgment is affirmed.